

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2017

No. 04-16-00209-CV

Candelaria **GARCIA**,
Appellant

v.

**STATE FARM LLOYDS** and Sylvia Garza,
Appellees

From the County Court at Law, Starr County, Texas
Trial Court No. CC-15-106
Honorable Romero Molina, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for extension of time to file motion for en banc reconsideration, and the motion is GRANTED. Time is extended to January 12, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court